IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHANIEL JOHNSON, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>LAW OFFICES OF BRACHFELD & ASSOCIATES, LVNV FUNDING, LLC, ALEGIS GROUP, LLC, and RESURGENT CAPITAL SERVICES, LP,<br><br>        Defendants. | 8:09CV336<br><br>ORDER |

      This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 28)

      IT IS ORDERED that a scheduling conference with the undersigned will be held on:

      **Wednesday, January 20, 2010 at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

      DATED this 6th day of January, 2010.

                                          BY THE COURT:

                                          /s/ Lyle E. Strom
                                          _____
                                          LYLE E. STROM, Senior Judge
                                          United States District Court