IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NATHANIEL JOHNSON, on behalf   )
of himself and all others      )
similarly situated,            )
                               )
              Plaintiff,       )        8:09CV336
                               )
       v.                      )
                               )
LAW OFFICES OF BRACHFELD &     )        ORDER
ASSOCIATES, LVNV Funding, LLC, )
ALEGIS GROUP, LLD, and         )
RESURGENT CAPITAL SERVICES,    )
LP,                            )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the motion of defendant Law Offices of Brachfeld & Associates to extend discovery response deadline (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said defendant shall have until March 5, 2010, to respond to plaintiff's discovery requests.

DATED this 18th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court