IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATHANIEL JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV336 |
| v. | ) ) | |
| LAW OFFICES OF BRACHFELD & ASSOCIATES, LVNV Funding, LLC, ALEGIS GROUP, LLC, and RESURGENT CAPITAL SERVICES, LP, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

After the status conference with counsel,

IT IS ORDERED:

1) Plaintiff's motion to extend pursuant to Fed. R. Civ. P. 56(f) (Filing No. 42) is granted;

    a) Plaintiff's brief in opposition to the motion for summary judgment (Filing No. 48) and the Resurgent Defendants' reply brief (Filing No. 53) are stricken;

    b) Plaintiff shall file a brief in opposition to the Resurgent Defendants' motion for summary judgment on or before July 2, 2010; and

    c) The Resurgent Defendants may file a reply brief on or before July 12, 2010;

2) Discovery on the issues of class certification and of the Resurgent Defendants' summary judgment motion shall be completed on or before July 2, 2010;

      3) A status conference is scheduled for:

      **Thursday, July 15, 2010, at 8:30 a.m.** in chambers;

      4) The deadline for plaintiff to file a class certification motion is continued and will be rescheduled at the July 15, 2010, status conference;

      5) The Resurgent Defendants motion to strike plaintiff's amended complaint (Filing No. 59) is denied;

      6) Plaintiff's motion to compel discovery (Filing No. 61) is denied without prejudice; and

      7) The parties are to file additional discovery motions on or before May 20, 2010.

      DATED this 29th day of April, 2010.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court