IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATHANIEL JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV336 |
| v. | ) ) | |
| LAW OFFICES OF BRACHFELD & ASSOCIATES, LVNV Funding, LLC, ALEGIS GROUP, LLC, and RESURGENT CAPITAL SERVICES, LP, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's notice of class action settlement (Filing No. 77). Pursuant thereto,

IT IS ORDERED:

1) All pending motions (Filing Nos. 39, 68, 71 and 74) are denied without prejudice as moot.

2) All pending deadlines are suspended and the parties shall file their motion for approval of the class action settlement on or before July 1, 2010.

DATED this 1st day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court