IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NATHANIEL JOHNSON, on behalf  )
of himself and all others     )
similarly situated,           )
                              )
             Plaintiff,       )      8:09CV336
                              )
        v.                    )
                              )
LAW OFFICES OF BRACHFELD &    )          ORDER
ASSOCIATES, LVNV Funding, LLC,)
ALEGIS GROUP, LLC, and        )
RESURGENT CAPITAL SERVICES,   )
LP,                           )
                              )
             Defendants.      )
_____)
```

       This matter is before the Court on the stipulation to extend the time for parties to file motion for approval of class action settlement (Filing No. 79).  The Court will approve and adopted the stipulation.  Accordingly,

       IT IS ORDERED that the stipulation of the parties is approved and adopted.  The deadline for filing the motion for approval of class action settlement is extended to July 9, 2010.

       DATED this 2nd day of July, 2010.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court