IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

NATHANIEL JOHNSON, on behalf )
of himself and all others )
similarly situated, )
                          )
          Plaintiff, )         8:09CV336
                          )
       v. )
                          )
LAW OFFICES OF BRACHFELD & )      ORDER
ASSOCIATES, LVNV Funding, LLC,)
ALEGIS GROUP, LLC, and )
RESURGENT CAPITAL SERVICES, )
LP, )
                          )
          Defendants. )
_____)

        This matter is before the Court on the stipulation of
the parties extending time for defendants LVNV Funding LLC,
Alegis Group, LLC, and Resurgent Capital Services, LP, to issue
non-cash credits to class members (Filing No. 90).  The Court
finds the stipulation should be approved and adopted.
Accordingly,

        IT IS ORDERED that the stipulation of the parties is
approved and adopted.  LVNV Funding LLC, Alegis Group, LLC, and
Resurgent Capital Services, LP, shall have until December 6,
2010, to comply with Subsection II.2.e. of the Court's final
approval order entered October 15, 2010 (Filing No. 89).

        DATED this 5th day of November, 2010.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court